1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERRAGIO, LTD.,<br><br>       Plaintiff,<br><br>    vs.<br><br>MALAKAN DIAMOND CO.,<br><br>       Defendant. | Case No. 1:16-cv-01647-DAD-BAM<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Upon consideration of the Stipulation to Extend Time to Respond to Initial Complaint, which Stipulation is between Plaintiff MALAKAN DIAMOND CO. ("Defendant") and Plaintiff VERRAGIO, LTD ("Plaintiff"), and good cause appearing, it is hereby ORDERED that Defendant has up to and including January 6, 2017 to respond to Plaintiff's initial Complaint.

IT IS SO ORDERED.

Dated: **January 3, 2017**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE