UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERROGIO, LTD.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MALAKAN DIAMOND CO.,<br><br>　　　　Defendant.<br> | Case No. 1:16-cv-01647-DAD-SKO<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO CROSSCLAIM BETWEEN MALAKAN DIAMOND CO. AND HAROLD JAFFE JEWELRY, INC.**<br><br>(Doc. 20) |
| MALAKAN DIAMOND CO.,<br><br>　　　　Counterclaimant/Crossclaimant,<br><br>　　vs.<br><br>VERROGIO, LTD.; AE JEWELERS, INC.; AE JEWELERS OF APPLETON, LLC.; HAROLD JAFFE JEWELRY, INC.; JENSEN JEWELERS OF IDAHO, LLC; and DOES 1 to 10, *inclusive*,<br><br>　　　　Counterclaim and Crossclaim Defendants. | |

/ / /

ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO CROSSCLAIM BETWEEN MALAKAN DIAMOND CO. AND HAROLD JAFFE JEWELRY, INC.

-1-

1  Based on the "Stipulation to Extend Time to Respond to Crossclaim" between
2 Crossclaimant Malakan Diamond Co. and Cross-defendant Harold Jaffe Jewelry, Inc. filed on
3 February 23, 2017 (Doc. 20), it is ORDERED that Cross-defendant Harold Jaffe Jewelry, Inc.'s
4 response to Crossclaimant Malakan Diamond Co.'s crossclaims shall be filed no later than March
5 20, 2017.

7 IT IS SO ORDERED.

8 Dated:   **March 1, 2017**                                    /s/ *Sheila K. Oberto*
9                                                               UNITED STATES MAGISTRATE JUDGE

-2-

ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO CROSSCLAIM BETWEEN MALAKAN DIAMOND CO. AND HAROLD JAFFE JEWELRY, INC.