1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERROGIO, LTD., | Case No. 1:16-cv-01647-DAD-SKO |
| Plaintiff, | **ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO CROSSCLAIM BETWEEN MALAKAN DIAMOND CO. AND JENSEN JEWELERS OF IDAHO, LLC.** |
| vs. | |
| MALAKAN DIAMOND CO., | |
| Defendant. | (Doc. 21) |
| MALAKAN DIAMOND CO., | |
| Counterclaimant/Crossclaimant, | |
| vs. | |
| VERROGIO, LTD.; AE JEWELERS, INC.; AE JEWELERS OF APPLETON, LLC.; HAROLD JAFFE JEWELRY, INC.; JENSEN JEWELERS OF IDAHO, LLC; and DOES 1 to 10, *inclusive*, | |
| Counterclaim and Crossclaim Defendants. | |

/ / /

ORDER APPROVING STIPULATION TO
EXTEND TIME TO RESPOND TO
CROSSCLAIM BETWEEN MALAKAN
DIAMOND CO. AND JENSEN JEWELERS
OF IDAHO, LLC.

-1-

1  Based on the "Stipulation to Extend Time to Respond to Crossclaim" between Crossclaimant Malakan Diamond Co. and Cross-defendant Jensen Jewelers of Idaho, LLC filed on February 24, 2017 (Doc. 21), it is ORDERED that Cross-defendant Jensen Jewelers of Idaho, LLC's response to Crossclaimant Malakan Diamond Co.'s crossclaims shall be filed no later than March 20, 2017.

IT IS SO ORDERED.

Dated: **March 1, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE