1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| VERROGIO, LTD., | Case No. 1:16-cv-01647-DAD-SKO |
| Plaintiff, | **ORDER APPROVING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |
| vs. | |
| MALAKAN DIAMOND CO., | (Doc. 29) |
| Defendant. | |
| MALAKAN DIAMOND CO., | |
| Counterclaimant/Crossclaimant, | |
| vs. | |
| VERROGIO, LTD.; AE JEWELERS, INC.; AE JEWELERS OF APPLETON, LLC.; HAROLD JAFFE JEWELRY, INC.; JENSEN JEWELERS OF IDAHO, LLC; and DOES 1 to 10, *inclusive*, | |
| Counterclaim and Crossclaim Defendants. | |

/ / /

Upon consideration of the Stipulation to Continue the Mandatory Scheduling Conference, which Stipulation is between Plaintiff VERRAGIO, LTD. and Defendant MALAKAN DIAMOND CO. (Doc. 29), and good cause appearing, the Court GRANTS the parties' request to continue the Scheduling Conference currently set for April 7, 2017.

Accordingly, the Court **CONTINUES the Scheduling Conference to April 27, 2017, at 10:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.** The parties shall file their Joint Scheduling Report by no later than April 20, 2017.

IT IS SO ORDERED.

Dated: **March 2, 2017**          /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE