1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERROGIO, LTD.,<br><br>    Plaintiff,<br><br>    vs.<br><br>MALAKAN DIAMOND CO.,<br><br>    Defendant. | Case No. 1:16-cv-01647-DAD-SKO<br><br>**ORDER APPROVING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO CROSSCLAIM BETWEEN MALAKAN DIAMOND CO. AND HAROLD JAFFE JEWELRY, INC.**<br><br>(Doc. 31) |
| MALAKAN DIAMOND CO.,<br><br>    Counterclaimant/Crossclaimant,<br><br>    vs.<br><br>VERROGIO, LTD.; AE JEWELERS, INC.; AE JEWELERS OF APPLETON, LLC.; HAROLD JAFFE JEWELRY, INC.; JENSEN JEWELERS OF IDAHO, LLC; and DOES 1 to 10, *inclusive*,<br><br>    Counterclaim and Crossclaim Defendants. | |

/ / /

ORDER APPROVING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO CROSSCLAIM BETWEEN MALAKAN DIAMOND CO. AND HAROLD JAFFE JEWELRY, INC.

-1-

Based on the "Second Stipulation to Extend Time to Respond to Crossclaim" between Crossclaimant Malakan Diamond Co. and Cross-defendant Harold Jaffe Jewelry, Inc. filed on March 17, 2017 (Doc. 31), and for good cause shown, it is ORDERED that Cross-defendant Harold Jaffe Jewelry, Inc.'s response to Crossclaimant Malakan Diamond Co.'s crossclaims shall be filed no later than April 3, 2017.

IT IS SO ORDERED.

Dated: **March 21, 2017**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

-2-

ORDER APPROVING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO CROSSCLAIM BETWEEN MALAKAN DIAMOND CO. AND HAROLD JAFFE JEWELRY, INC.