# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRAGIO, LTD,<br><br>    Plaintiff,<br><br>    v.<br><br>MALAKAN DIAMOND CO.,<br><br>    Defendant.<br>_____<br>MALAKAN DIAMOND CO.,<br><br>    Counterclaimant/Cross-Claimant,<br><br>    v.<br><br>VERRAGIO, LTD, et al.,<br><br>    Counterclaim and Cross-Claim Defendants. | Case No.: 16-cv-01647-DAD-SKO<br><br>**ORDER DISMISSING CROSS-CLAIM DEFENDANT JENSEN JEWELERS OF IDAHO, LLC WITH PREJUDICE** |

On April 4, 2017, Cross-Claimant Malakan Diamond Company filed an Amended and Corrected Notice of Voluntary Dismissal of Certain Cross-Defendants, in which Cross-Claimant Malakan Diamond Company "amends the previously filed [n]otice and voluntarily dismisses Cross-Claim Defendant[] Jensen Jewelers of Idaho, LLC, *with prejudice*." (Doc. 35 at 1 (emphasis added).) Cross-Claim Defendant Jensen Jewelers of Idaho, LLC has not served an answer or a motion for summary judgment.

Accordingly, Cross-Claim Defendant Jensen Jewelers of Idaho, LLC is voluntarily DISMISSED from this case WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS SO ORDERED.

Dated: **April 11, 2017** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE