UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRAGIO, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>MALAKAN DIAMOND CO.,<br><br>Defendant. | No. 1:16-cv-01647-DAD-SKO<br><br><u>ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE</u><br><br>(Doc. No. 37) |
| MALAKAN DIAMOND CO.,<br><br>Counterclaimant,<br><br>v.<br><br>VERRAGIO, LTD.,<br><br>Counter-defendant. | |

Plaintiff filed this suit on October 31, 2016, alleging various copyright and trademark infringement claims against defendant Malakan Diamond Co. (Doc. No. 1.) On January 6, 2017, defendant Malakan Diamond filed an answer and counterclaims against plaintiff, and cross-claims against AE Jewelers, Inc., AE Jewelers of Appleton, LLC, Harold Jaffee Jewelry, Inc., and Jensen Jewelers of Idaho, LLC. (Doc. No. 10.) Several of those cross-defendants were subsequently dismissed from the suit by Malakan Diamond on March 29, 2017. (Doc. No. 34.)

1

On April 11, 2017, defendant/counterclaimant Malakan Diamond filed a motion for summary judgment with respect to plaintiff's claims against it. (Doc. No. 37.) This motion for summary judgment was opposed by plaintiff on May 2, 2017, both on the merits and because discovery has not yet commenced in this action. (Doc. No. 41.) Additionally, plaintiff sought leave under Rule 56(d) to conduct discovery relevant to this case prior to the court addressing defendant's motion for summary judgment. (*Id.*)

Because no discovery has yet been conducted in this action, defendant Malakan Diamond's summary judgment motion is denied as premature and plaintiff's request for leave to conduct discovery is granted. *See* Fed. R. Civ. P. 56(d). The denial of the motion for summary judgment is without prejudice to defendant/counterclaimant refiling that motion following the exchange of sufficient discovery between the parties.

IT IS SO ORDERED.

Dated: **May 12, 2017**

UNITED STATES DISTRICT JUDGE