TUCKER ELLIS LLP
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:     213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiff
VERRAGIO, LTD.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRAGIO, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MALAKAN DIAMOND CO., <br><br> Defendant. <br><br><br> MALAKAN DIAMOND CO., <br><br> Counterclaimant/Crossclaimant, <br><br> v. <br><br> VERRAGIO, LTD.; AE JEWELERS, INC.,; AE JEWELERS OF APPLETON, LLC; HAROLD JAFFE JEWELRY, INC.; JENSEN JEWELERS OF IDAHO, LLC; and DOES 1 to 10, inclusive, <br><br> Counterclaim and Crossclaim Defendants. | Case No. 1:16-cv-01647 DAD (SKOx) <br><br> **STIPULATION TO VACATE SETTLEMENT CONFERENCE; ORDER** <br><br> **(Doc. 63)** |

On August 23, 2017, the Court issued an Order re Settlement Conference (Doc. 62) scheduling the Settlement Conference before Magistrate Judge Sheila K. Oberto on October 19, 2017 at 10:00

a.m. The Court ordered a pre-settlement conference exchange of demand by plaintiff to be made on October 4 and an offer by defendant on October 9.

There are ongoing discovery disputes between the parties, and until they are resolved, the parties will not be able to engage in meaningful settlement negotiations.

Therefore, the parties, through their counsel, respectfully request the court to vacate its Order re Settlement Conference.

DATED: October 3, 2017              Tucker Ellis LLP

                                                      By: __/s/Howard A. Kroll_____
                                                           Attorneys for Plaintiff
                                                           VERRAGIO, LTD.

DATED: October 3, 2017              Yarra, Kharazi & Clason

                                                           By: __/s/H. Ty Kharazi_____
                                                           Attorneys for Defendant
                                                           MALAKAN DIAMOND CO.

*The filing party attests that Defendant's counsel concurs in the content of this Stipulation and has authorized its filing with his electronic signature.

**ORDER**

Good cause appearing on the parties' above stipulation (Doc. 63), it is hereby ORDERED that the parties' Settlement Conference in this matter, currently set for October 19, 2017, is hereby CONTINUED to **March 20, 2018, at 10:00 a.m. in Courtroom 7 before the Honorable Sheila K. Oberto.**

IT IS SO ORDERED.

Dated: __**October 4, 2017**__                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE