H. Ty Kharazi, Esq.; SBN 187894
Arash Arjang, Esq.; SBN 276237
**YARRA LAW GROUP**
2000 Fresno Street, Suite 300
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215

Attorney for Cross Claimant,
MALAKAN DIAMOND CO.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRAGIO, LTD., <br><br>Plaintiff, <br><br>vs. <br><br>MALAKAN DIAMOND CO., <br><br>Defendant. | Case No. 1:16-cv-01647-DAD-SKO <br><br>**STIPULATION AND ORDER REGARDING SETTLEMENT CONFERNCE DATE** <br><br>**(Doc. 74)** <br><br>**New Date: March 27, 2018** <br>**Time: 10:30 a.m.** |

Defendant MALAKAN DIAMOND CO. ("Defendant") and Plaintiff VERRAGIO, LTD ("Plaintiff") hereby enter into this Stipulation to change the settlement conference in the above matter as follows:

**RECITALS**

1. On January 31, 2018, the court set a settlement conference for March 20, 2018 at 10 a.m.

2. Defendant's counsel is unavailable on that date.

3. The Parties stipulate to move the conference to March 27, 2018 at 10:30 a.m.

4. All orders of the court issued on January 31, 2018 shall remain in full force and

effect.

5.  It is the parties understanding that the above date and time is available on the court's calendar.

**STIPULATION**

The Parties hereby stipulate and agree, subject to Court approval, that the Settlement Conference be held on March 27, 2018 at 10:30 a.m.

**IT IS SO STIPULATED.**

Pursuant to the Local Rules, the filer attests on the signature page of this document below that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 23, 2018          **TUCKER ELLIS LLP**

By:     /S/ *Howard Kroll*
        Howard Kroll
        Attorney for Plaintiff, Verragio, LTD.

Dated: February 23, 2018          **YARRA LAW GROUP**

By:     /S/ *Arash Arjang*
        H. Ty Kharazi
        Attorney for Defendant Malakan Diamond Co.

ORDER

Based on the parties' above-stipulation (Doc. 74), and for good cause shown, the Settlement Conference is **CONTINUED to March 27, 2018, at 10:30 a.m. in Courtroom 7 before the Honorable Sheila K. Oberto.**

IT IS SO ORDERED.

Dated:  **February 23, 2018**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE