H. Ty Kharazi, Esq.; SBN 187894
**YARRA LAW GROUP**
2000 Fresno Street, Suite 300
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215

Attorneys for Plaintiff and Cross Claimant,
MALAKAN DIAMOND CO.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRAGIO, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MALAKAN DIAMOND CO., <br><br> Defendant. | Case No. 1:16-cv-01647-SKO <br><br> **STIPULATION REGARDING DEADLINES FOR SETTLEMENT AGREEMENT AND CONSENT DECREE; ORDER THEREON** <br><br> **(Doc. 84)** <br><br> **New Deadline:  May 15, 2018** |

Defendant MALAKAN DIAMOND CO. ("Defendant") and Plaintiff VERRAGIO, LTD ("Plaintiff") hereby enter into this Stipulation regarding the deadline to complete the written settlement agreement and consent decree in the above matter as follows:

**RECITALS**

1. On March 27, 2018, the court held a settlement conference in this matter.

2. At the settlement conference, the Parties reached agreement and the agreement was placed upon the Court's record by the attorneys for the Parties.

3. The Parties were ordered to complete written settlement documents by April 19, 2018.

4. Legal counsel for the Parties have cooperated in attempting to finalize written settlement, but counsel cannot agree as to some of the language proposed. As a result, counsel have agreed to order a copy of the settlement transcript and the Parties will endeavor to resolve their differences over the settlement language once the transcript is available.

5. In the meantime, the Parties, though their attorneys of record, agree to continue the deadline to complete written settlement documents as follow:

**STIPULATION**

The Parties hereby stipulate and agree, subject to Court approval, that the written settlement documentation in this matter, including a settlement agreement and a consent decree, will be finalized and submitted to the Court by May 15, 2018.

Pursuant to the Local Rules, the filer attests on the signature page of this document below that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 19, 2018    **TUCKER ELLIS LLP**

By: */s/ Howard Kroll*
Howard Kroll
Attorney for Plaintiff, Verragio, LTD.

Dated: April 19, 2018    **YARRA LAW GROUP**

By: */s/ H. Ty Kharazi*
H. Ty Kharazi
Attorney for Defendant Malakan Diamond Co.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the above-stipulation (Doc. 84), the Parties are ORDERED to complete written |
| 3 | settlement documentation and submit such documentation to the Court by May 15, 2018. |
| 4 | |
| 5 | IT IS SO ORDERED. |
| 6 | Dated: **April 19, 2018**           /s/ *Sheila K. Oberto* |
| 7 |                                  UNITED STATES MAGISTRATE JUDGE |