TUCKER ELLIS LLP
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiff
VERRAGIO, LTD.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRAGIO, LTD., | ) Case No. 1:16-cv-01647-SKO |
| Plaintiff, | ) |
| | ) **CONSENT JUDGMENT AND PERMANENT** |
| v. | ) **INJUNCTION AGAINST MALAKAN** |
| | ) **DIAMOND CO.** |
| MALAKAN DIAMOND CO., | ) |
| | ) (Doc. 89) |
| Defendant. | ) |
| | ) |
| | ) |
| _____ | ) |
| MALAKAN DIAMOND CO., | ) |
| Counterclaimant/Crossclaimant, | ) |
| v. | ) |
| VERRAGIO, LTD.; AE JEWELERS,  INC..; AE | ) |
| JEWELERS OF APPLETON, LLC; HAROLD | ) |
| JAFFE JEWELRY,  INC.; JENSEN JEWELERS | ) |
| OF IDAHO, LLC; and DOES 1 to 10, inclusive, | ) |
| Counterclaim and Crossclaim | ) |
| Defendants. | ) |
| _____ | ) |

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

Plaintiff Verragio, Ltd. ("Verragio"), and Defendant Malakan Diamond Co. ("Malakan"), have entered into a confidential settlement agreement to resolve this matter. As part of this agreement, Verragio and Malakan agree to the entry of this Consent Judgment and Permanent Injunction against Malakan.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. This case is a civil action arising under the Trademark and Copyright Laws of the United States, 15 U.S.C. §§ 1051, *et seq.* and 17 U.S.C. §§ 101, *et seq.*, respectively. This Court has jurisdiction over the claims which relate to copyright infringement pursuant to 15 U.S.C. § 1121, 17 U.S.C. § 501, and 28 U.S.C. §§ 1331 and 1338(a).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

3. Verragio is a New York corporation with its principal place of business at 330 Fifth Avenue, 5th Floor, New York, NY 10001.

4. Malakan is a California corporation with its principal place of business at 1354 W. Herndon Ave., Fresno, CA 93711.

5. Barry Nisguretsky ("Nisguretsky") is the Chief Executive Officer of Verragio.

6. Among Nisguretsky's jewelry designs are Style Nos. D100, AFN 5005 CU, AFN 5060 CU and INS 7061R, each an original design comprising copyrightable subject matter under the laws of the United States.

7. At all relevant times, Nisguretsky complied in all respects with the Copyright Acts, 17 U.S.C. § 101, *et seq.*, and secured the exclusive rights and privileges in and to the copyrights of D100 (VA 1-818-420), AFN 5005 CU (VA 1-848-332), AFN 5060 CU (VA 1-866-432) and INS 7061R (VA 1-818-623) (collectively the "Verragio Copyrights"). Copies of the Certificates of Registration from the Register of Copyrights for the Verragio Copyrights, as well as the deposit copies of the Verragio Copyrights, are attached to this Consent Judgment as Exhibit A.

8. Nisguretsky has exclusively licensed his copyrighted jewelry designs to Verragio, including Style Nos. D100, AFN 5005 CU, AFN 5060 CU and INS 7061R.

9. Since its creation, Style Nos. D100, AFN 5005 CU, AFN 5060 CU and INS 7061R have been manufactured by Verragio or under its authority.

10. The Verragio Copyrights are valid and enforceable.

11. Each engagement ring in Verragio's Insignia Collection, as well as in most of the other Verragio collections, contains the Verragio Crest. The Verragio Crest, as it applies to jewelry, "consists of the configuration of a crest in the shape of a crown with three points featured as a part of a ring design." Verragio owns a United States trademark registration for the Verragio Crest, Registration No. 4,336,434. A copy of the registration certificate for this is attached to this Consent Judgment as Exhibit B.

12. The Verragio Crest is unique and distinctive and, as such, designates a single source of origin.

13. The Verragio Crest is valid and enforceable.

14. Malakan sold and/or offered to sell rings pictured in Exhibit C (collectively, the "Malakan Rings").

15. Malakan and Malakan's officers, directors, employees, representatives, agents, successors-in-interest, parent corporations, subsidiary corporations, legal entities or persons controlled by Malakan, and all other persons who are in active concert or participation with them, are hereby permanently enjoined from:

    a. Selling, offering to sell, imitating, copying, distributing, advertising, marketing or manufacturing any ring protected by the Verragio Copyrights or rings that are substantially similar to the Verragio Copyrights under the United States Copyright Law;

    b. Selling, offering to sell, imitating, copying, distributing, advertising, marketing or manufacturing any ring protected by the Verragio Crest or rings that are likely to cause confusion with the Verragio Crest under the United States Trademark Law;

    c. Selling, offering to sell, imitating, copying, distributing, advertising, marketing or manufacturing any of the Malakan Rings, or rings that are substantially similar or likely to cause confusion with the Malakan Rings under the United States Copyright and Trademark Laws; and

1          d.      Knowingly assisting, aiding or abetting any other person or business entity in

2  engaging in or performing any of the activities referred to in subparagraphs 15(a) through 15(c)

3  above.

4         16.      The parties waive notice of entry of this Consent Judgment and Permanent Injunction and

5  the right to appeal therefrom or to test its validity and consent to its immediate entry in accordance with

6  its terms. This Court expressly retains jurisdiction over this matter to enforce, implement or construe

7  this Consent Judgment and Permanent Injunction.

8  DATED: May 16, 2018                 TUCKER ELLIS LLP

9

10                               By:    */s/Howard A. Kroll*_____

11                                  Attorneys for Plaintiff
                                 VERRAGIO, LTD.

12 DATED: May 16, 2018                 YARRA, KHARAZI, CLASON &
                               ANIOTZBEHERE

13

14                               By:    */s/H. Ty Kharazi*_____

15                                  Attorneys for Defendant
                                 MALAKAN DIAMOND CO.

16

17                              **ORDER**

18

19 IT IS SO ORDERED.

20 Dated:   **May 16, 2018**                   */s/ Sheila K. Oberto*

21                              UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28



EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-818-420

**Effective date of registration:**

May 9, 2012

## Title

**Title of Work:** D100

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** April 1, 2012    **Nation of 1st Publication:** United States

## Author

- **Author:** BARRY NISGURETSKY

  **Author Created:** jewelry design

  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Barry Nisguretsky

132 west 36th street, 8th floor, New York, NY, 10018, United States

## Certification

**Name:** Barry Nisguretsky

**Date:** May 9, 2012



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-848-332

**Effective date of
registration:**

December 1, 2012

## Title

Title of Work: AFN-5005CU

## Completion/Publication

Year of Completion: 2011

Date of 1st Publication: January 1, 2011          Nation of 1st Publication: United States

## Author

■          Author: Barry Nisguretsky

Author Created: jewelry design

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Barry Nisguretsky

132 west 36th street, 8th floor, New York, NY, 10018, United States

## Certification

Name: Barry Nisguretsky

Date: December 1, 2012



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-866-432

**Effective date of registration:**

June 17, 2013

## Title

**Title of Work:** AFN-5060CU

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 1, 2013          **Nation of 1st Publication:** United States

## Author

■ **Author:** Barry Nisguretsky

**Author Created:** jewelry design

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Barry Nisguretsky

132 west 36th street, 8th floor, New York

## Rights and Permissions

**Organization Name:** Verragio

**Name:** Barry Nisguretsky

**Email:** sales@verragio.com          **Telephone:** 212-868-8181

**Address:** 132 west 36th street

8th floor

New York, NY 10018

## Certification

**Name:** Barry Nisguretsky

**Date:** June 17, 2013



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-818-623

**Effective date of registration:**

April 3, 2012

## Title

**Title of Work:** INS-7061R

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** February 1, 2010     **Nation of 1st Publication:** United States

## Author

■     **Author:** Barry Nisguretsky

**Author Created:** jewelry design

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Barry Nisguretsky

132 west 36th street, 8th floor, New York, NY, 10018, United States

## Certification

**Name:** Barry Nisguretsky

**Date:** April 3, 2012



# EXHIBIT B

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,336,434**

**Registered May 14, 2013**

**Int. Cl.: 14**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

VERRAGIO LTD. (NEW YORK CORPORATION)
132 WEST 36TH STREET, 8TH FLOOR
NEW YORK, NY 10018

FOR: JEWELRY MADE OF PRECIOUS AND SEMI-PRECIOUS GEMSTONES AND METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-15-2008; IN COMMERCE 4-15-2008.

THE MARK CONSISTS OF THE CONFIGURATION OF A CREST IN THE SHAPE OF A CROWN WITH THREE POINTS FEATURED AS A PART OF A RING DESIGN. THE BROKEN LINES SHOWN IN THE DRAWING ARE INTENDED ONLY TO SHOW THE POSITION OF THE MARK AND ARE NOT CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 85-497,442, FILED P.R. 12-16-2011; AM. S.R. 3-15-2013.

RENEE MCCRAY, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# EXHIBIT C

EXHIBIT C







